# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**United States of America**

v.

**Agustin Romero-Munoz**

Citizen of Mexico

USM#: 72423208      DOB: 1974

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10591-001M-SD

Juan Rocha (AFPD)
Attorney for Defendant

ICE#: A76 495 648

**THE DEFENDANT ENTERED A PLEA OF** guilty on 9/17/2007 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FIFTEEN (15) DAYS on Count ONE, with credit for time served.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted      **FINE:** $      **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10591-001M-SD**                                                    Page 2 of 2
USA vs. Agustin Romero-Munoz

Date of Imposition of Sentence:  **Monday, September 17, 2007**

_____  Date 9/17/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____          By:_____
United States Marshal                                                        Deputy Marshal
07-10591-001M-SD -

UNITED STATES DISTRICT COURT  MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 9/17/2007    CASE NUMBER: 07-10591-001M-SD

## PLEA/SENTENCING MINUTES
USA vs. Agustin Romero-Munoz

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney _____   INTERPRETER REQ'D: Ricardo Gonzalez
                                       LANGUAGE: Spanish
Attorney for Defendant: Juan Rocha (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 9/14/07          ☒ Complaint Filed            ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**   ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:  before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**   ☒ Held  ☐ Cont'd  ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed   ☐ Class A Misd   ☐ Class B Misd   ☐ Class C Misd
☐ Consent of Defendant   ☐ Information filed _____   ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court   ☒ Plea of Guilty   ☐ Not Guilty   ☒ Entered to Counts ONE
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) ONE of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) __
☒     ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 15 Days   ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED   ☐ Fine $_____   ☐ Restitution $_____
Other: _____

RECORDED: CS
BY: Jocelyn M. Arviso, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Agustin ROMERO-Munoz
Citizen of Mexico
YOB: 1974
A76 495 648
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10591M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT I

That on or about November 15, 2006, near Andrade, California in the Southern District of California, Defendant Agustin ROMERO-Munoz, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

Signature of Complainant
Artemio Garcia
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

September 17, 2007   at   Yuma, Arizona
Date                         City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer        Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:            Agustin ROMERO-Munoz

Dependents:           3 Mexican

**IMMIGRATION HISTORY:**    The Defendant is an illegal alien with three prior Border Patrol arrest.

**CRIMINAL HISTORY:**

| DATE LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| None Known | | |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on November 15, 2006.

Charges:    8 USC§1325                          (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 17, 2007
Date

_____
Signature of Judicial Officer

## Probable Cause Statement

I, Senior Patrol Agent Artemio Garcia, declare under penalty of perjury, the following is true and correct:

Defendant:                Agustin ROMERO-Munoz

Dependents:               3 Mexican

**IMMIGRATION HISTORY:**    The Defendant is an illegal alien with three prior Border Patrol arrest.

**CRIMINAL HISTORY:**

| **DATE LOCATION** | **OFFENSE** | **DISPOSITION** |
|---|---|---|
| None Known | | |

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on November 15, 2006.

Executed on: Date __September 16, 2007__        Time: _____8:18 AM_____

Signed:_____ Senior Patrol Agent

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on November 15, 2006 in violation of Title 8, United States Code, Section(s) 1325.

Finding made on: Date __September 16, 2007__ Time __12:15 PM__

Signed:_____ United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | CASE NUMBER 07-10591 M SD |
| Plaintiff, ) | |
| vs. ) | WAIVER OF REMOVAL HEARING |
| Agustin Romero-Munoz ) | |
| Defendant. ) | |

    I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this  17  day of  September, 2006.

X /s/ _____
    Defendant

_____
Attorney for the Defendant